United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| 20 CAP FUND I, LLC, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-00074 |
| | § | |
| FIRST FRANKLIN FINANCIAL | § | |
| CORPORATION, ET AL. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 22, 2020, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. 32. On November 2, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 33) recommending that Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. 18) be granted and this case be dismissed for lack of subject matter jurisdiction.

On November 4, 2020, plaintiff filed its Jurisdictional Statement to Explain Citizenship. *See* Dkt. 34. Considering this an objection to Judge Edison's memorandum and recommendation under 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record.  The record does not support plaintiff's contention that it has dismissed all non-diverse parties from this case. Nonetheless, diversity jurisdiction is determined by the citizenship of the parties at the time the lawsuit is filed.  *See Harris v. Black Clawson Co.*, 961 F.2d 547, 549 (5th Cir. 1992).

The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court.  It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 33) is approved and adopted in its entirety as the holding of the court;

(2) Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. 18) is granted; and

(3) This case is dismissed.

It is so **ORDERED**.

Signed on Galveston Island this  16th  day of  December , 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE